CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
OCT 29 2010
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

SAMUEL ROBERT CONRAD, III,
    Plaintiff,

Civil Action No.7:10-cv-00440

v.

By:  Hon. Jackson L. Kiser
     Senior United States District Judge

BETTY AKERS, et al.,
    Defendant(s).

ORDER

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice**; plaintiff's motion to appoint counsel is **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court. Plaintiff may refile the complaint as a new and separate action at the time he can pay the $350 filing fee or file the necessary documents to proceed in forma pauperis.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 29th day of October, 2010.

/s/ Jackson L. Kiser
Senior United States District Judge